AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Rigoberto Albizar Martinez<br>*Defendant(s)* | Case No. **8:24MJ1715TGW** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2024__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Telephonic Threat to Damage or Destroy a Building with an Explosive Device |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Guillermo Torres, U.S. Capitol Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 4, 2024

_____
*Judge's signature*

City and state: Tampa, Florida

THOMAS G. WILSON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Guillermo Torres, being duly sworn, declare and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the United States Capitol Police ("USCP"), where I have served since May 2014. I am currently assigned to the USCP Investigations Division, Threat Assessment Section – Tampa Regional Field Office (USCP/TAS/RFO). Prior to working in the Investigations Division, I was assigned to the Capitol Division, First Responder Unit (FRU), Senate Chamber Section (SCS), Command and Coordination Division (Command Center) and the Office of Background Investigations. I am a graduate of the Mixed Basic Police Training and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I have completed hundreds of hours of training in numerous areas of law enforcement investigations and techniques. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. In my current assignment, I have participated in and conducted investigations involving several different violations of federal law, including threatening communications both locally and interstate.

2. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in enforcing

federal criminal laws and I am authorized by the Attorney General to request an arrest warrant, among other things, for violations of the laws of the United States.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Rigoberto ALBIZAR MARTINEZ (hereinafter "ALBIZAR MARTINEZ") for a violation of Title 18, United States Code, Section 844(e).

4. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, intelligence analysts, and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of this investigation. The dates, times, and amounts discussed herein are approximate. Moreover, where the content of records and the actions, statements, and conversations of others are described, they are described in sum and substance and in part, except where otherwise indicated.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 844(e) makes it a federal crime for any person to, through the use of the mail, telephone, telegraph, or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, willfully make any threat, or maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to

kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6.  On May 1, 2024, at approximately 6:38 p.m., a male subject, subsequently identified as ALBIZAR MARTINEZ, using phone number 813-401-1838 which was displayed on the caller ID, called the District Office of a United States Congressperson (hereinafter, the "VICTIM"), located in Tampa, Florida, and left a voicemail threatening to plant a bomb in their office. This incident was reported to United States Capitol Police - Threat Assessment Section on May 2, 2024 at approximately 1:30PM EST by Congressional Staff for the VICTIM.

7.  The voicemail contained the following statement:

> *Hola, terrorista [VICTIM][1] o como te llamas. Mi nombre es Rigoberto Albizar Martinez. Mi número de teléfono es 8134011838. No te doy mi domicilio porque estoy en la calle gracias a ustedes hijos de puta demócratas. Que además, mira todo lo que tiene formado ahora con los famosos pro-palestinos estos que son los mismos negros chinga'os hijos de puta apoyado por ustedes cuando vandalizaron todas las tiendas, cuando nos robaron todo, cuando nos sacaron los carros, cuando lo vandalizaron todos. Es el mismo movimiento creado por ustedes. Mira, lo que te voy a decir hija de puta: procura que a mi no me pase nada porque voy a poner una bomba en tu oficina. Es una amenaza, es una amenaza y tómalo como quieras hija de tu puta madre - you fucking mother. Estoy harto ya de usted los demócratas que han creado todo esto. Procura que un pro-palestina de esto a mi no me toque en la calle. Procura hija de tu puta madre que todo esto fue creado por ustedes los demócratas. Todo lo Black Lives Matter, todo negros, todos ustedes son unos hijos de puta que no quieren trabajar y quieren estar viviendo del gobierno hija de tu puta madre - you fucking mother. Los chingo en tu madre, hijos de puta.*

Although I am not a certified translator, I am a native Spanish speaker and a generally accurate English translation of this voicemail is:

---

[1] The Victim's name was mispronounced.

3

> *Hello, terrorist [VICTIM]² or whatever your name is. My name is Rigoberto Albizar Martinez. My phone number is 8134011838. I'm not giving you my address because I'm on the street thanks to you Democrat sons of bitches. Also, look at everything you have formed now with the famous pro-Palestinians, these who are the same fucking black sons of bitches supported by you when they vandalized all the stores, when they stole everything from us, when they took our cars, when they vandalized. It is the same movement created by you. Look, what I'm going to tell you, son of a bitch: make sure that nothing happens to me because I'm going to plant a bomb in your office. It's a threat, it's a threat and take it however you want, son of a fucking bitch. I'm already tired of you Democrats who created all this. Make sure that a pro-Palestinian doesn't touch me on the street like this. Make sure, son of a bitch, that all of this was created by you Democrats. All those Black Lives Matter, all those black people, all of you are sons of bitches who don't want to work and want to be living off the government, you fucking mother. Fuck you sons of bitches.*

8. ALBIZAR MARTINEZ's course of conduct and close proximity to the VICTIM placed the VICTIM and their staff in fear of harm from ALBIZAR MARTINEZ. Because of this threat, the USCP requested a 24-hour marked unit to sit at the VICTIM's residence and to request directed patrols around the VICTIM's District Office.

9. On May 2, 2024, a review of the records of the USCP was conducted and showed that the phone number (813-401-1838), used to make the threatening voicemail described above, was involved in a previous concerning communication investigation and was associated with ALBIZAR MARTINEZ. On August 9, 2021, ALBIZAR MARTINEZ left a concerning voicemail to a US Congressperson, which included the following statement: *"Alejandra, has little left, be careful with the package that you will receive in your mailbox, on Tuesday you have very little left."* In that case, ALBIZAR MARTINEZ was interviewed and admitted to making the call.

---

² The Victim's name was mispronounced.

10.  A LexisNexis database search for real time telephone number 813-401-1838 revealed five results including [Rigoberto] ALBIZAR MARTINEZ, SSN ending in 0790, address 2908 W Xanthus St, Tampa, FL 33614.

11.  On May 3, 2024, with the assistance of another USCP Special Agent, I interviewed ALBIZAR MARTINEZ at 8220 N. Dale Mabry Highway, Tampa, FL 33614. I am a native Spanish speaker and the interview was conducted in Spanish. During this interview, ALBIZAR MARTINEZ admitted the cellular device with phone number 813-401-1838 was his, and that he made the threatening call on Wednesday, May 1, 2024, to the office of VICTIM. ALBIZAR MARTINEZ also admitted to making the statement about planting a bomb at the VICTIM's office. Furthermore, ALBIZAR MARTINEZ confirmed that when he made the call, he was at his residence located at 2908 W Xanthus St. Tampa, FL 33614, which is within the Middle District of Florida

12.  A consensual review of ALBIZAR MARTINEZ's call log showed a call was made from his phone on Wednesday, May 1, 2024, at approximately 6:35 p.m. to a contact bearing a misspelling of VICTIM's name.

13.  ALBIZAR MARTINEZ did not express any remorse for leaving the threatening voicemail and indicated that he would like to go to court with the VICTIM.

14.  ALBIZAR MARTINEZ is a driver for Uber. Toward the end of the interview, ALBIZAR MARTINEZ made a declaration in Spanish, which I translate

5

here: *"Tell [mispronounced VICTIM name] to make sure she doesn't tell the Uber to cut my account. It's not a threat, it's an alert."*

15. On May 4, 2024, at approximately 2:37 p.m., I received a telephone call from ALBIZAR MARTINEZ informing me that his Uber account had been suspended. He replied by saying that he did not threaten the VICTIM. He stated (in Spanish), *"for me to place a bomb is to go and make a scene."* I tried to respond but ALBIZAR MARTINEZ interrupted and said in Spanish, *"Alright, let's go,"* and hung up the phone. I believe that Uber's decision to suspend his account was caused by law enforcement's communication with the company on May 3, which was done in an effort to locate him.

## CONCLUSION

16. Based on the above, there is probable cause to believe that ALBIZAR MARTINEZ has violated 18 U.S.C. § 844(e). Accordingly, I respectfully request issuance of the proposed Criminal Complaint and Arrest warrant.

_____
Guillermo Torres
Special Agent
United States Capitol Police

Sworn to and subscribed before me
this _____ day of May, 2024.

_____
HON. THOMAS G. WILSON
United States Magistrate Judge